**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01013-CR

**BILLY RAY WILLIAMS, SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-71348-W**

## ORDER

Pending before the Court are two motions filed by appellant on February 25, 2013, and on March 22, 2013, "For Complete Recordation for a Transcript of All Pre-Trial Proceedings and for a Daily Transcript of Specified Portions of the Evidence." The motions are denied.


/s/     LANA MYERS
        JUSTICE